IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY CLEMONS and
ANGELA CLEMONS                                              PLAINTIFFS

v.                        No. 4:13-cv-190-DPM

HOWMEDICA OSTEONICS
CORPORATION, a New Jersey
Corporation doing business as
Stryker Orthopaedics                                        DEFENDANT

### ORDER

Notice of related case, № 8, is moot.  Motions, № 9 & 10, denied as moot.

This case has already been transferred and stayed.


So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 30 April 2013